# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff(s), | ) ) ) | Case No: 23cr344-2 |
| v. | ) ) | Magistrate Judge: M. David Weisman |
| Ned Brooks, | ) ) | |
| Defendant(s), | ) | |

## ORDER

    Initial Appearance held. Arraignment proceedings held. Defendant Ned Brooks self-surrendered and appeared before Judge Weisman on 6/20/23 in response to an Indictment dated 6/5/23. The Court questioned and admonished defendant and finds that the defendant is able to understand rights as they are reviewed. Defendant was advised of rights and the charges pending against him pursuant to Fed. R. Crim. P. 5. Attorney John C. Legutki appear as retained counsel on behalf of Defendant. The Government is not seeking detention and agree on certain conditions of release. Enter Conditions of Release and Appearance Bond. Defendant shall be released after processing. Defendant's oral motion for travel outside the district this weekend to attend his son's track meet is granted without objection. Defendant shall coordinate with Pretrial Services regarding travel documentation for this matter. Defendant waives formal reading and enters a plea of not guilty as to all counts in which the defendant is named in the Indictment. 16.1 (A) Conference to be held by 6/27/23. The matter is set for a status hearing before Judge Tharp on 7/5/23 at 9:00 a.m. The Government's unopposed oral motion to exclude time is granted. Time excluded from 6/20/23 to and including 7/5/23 in the interests of justice pursuant to 18 USC 3161(h)(7)(B)(iv) in order to allow reasonable time for effective preparation. Pursuant to Federal Rule of Criminal Procedure Rule 5(f)(1), the court confirms the prosecutor's continuing obligation under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to the defendant that is material to guilt or punishment. Failure to disclose may result in various consequences, including but not limited to: exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution, and contempt proceedings.

T:(00:12) IA

T:(00:05) Arraignment

Date: June 20, 2023

                                                                           *M. David Weisman*
                                                                        M. David Weisman
                                                                        United States Magistrate Judge